# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

SETH S. PATINKIN,

Plaintiff,

v.

SHELLEY SUTKER-DERMER *et al.*,

Defendants.

No. 23-cv-03540

Judge John F. Kness

## JUDGMENT IN A CIVIL CASE (PARTIAL)

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed without prejudice as to Defendants ADAM M. KINGSLEY, KINGSLEY LAW GROUP INC., and JOHNSON & BELL LTD.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on entry of an order granting Defendants' motions to dismiss (Dkt. 68, 71).

Date: May 21, 2024

/s/ John F. Kness
JOHN F. KNESS
United States District Judge